GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL, ESQ.
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THRILL INTERMEDIATE LLC ☐<br><br>THRILL HOLDINGS LLC ☐<br><br>SUPERJACKET PRODUCTIONS LLC ☐<br><br>PURPLE SHARK, LLC ☐<br><br>PERFECT FEET PRODUCTIONS, LLC ☐<br><br>CROWN MEDIA ENTERTAINMENT, LLC ☐<br><br>CONDUIT POST, LLC ☐<br><br>NITROCROSS IP HOLDINGS LLC ☐<br><br>NITRO RALLYCROSS LLC ☐<br><br>AFFECTS ALL DEBTORS ☒<br><br>Debtors. | Lead Case No.: 25-15714-MKN<br>Chapter 11<br>*Jointly administered with:*<br><br>Thrill Holdings LLC<br>Case No. 25-15715-mkn<br><br>Superjacket Productions LLC<br>Case No. 25-15716-mkn<br><br>Purple Shark, LLC<br>Case No. 25-15717-mkn<br><br>Perfect Feet Productions, LLC<br>Case No. 25-15718-mkn<br><br>Crown Media Entertainment, LLC<br>Case No. 25-15719-mkn<br><br>Conduit Post, LLC<br>Case No. 25-15720-mkn<br><br>Nitrocross IP Holdings LLC<br>Case No. 25-15721-mkn<br><br>Nitro Rallycross LLC<br>Case No. 25-15722-mkn |

| | |
|---|---|
| THRILL INTERMEDIATE LLC, a Delaware limited liability company, THRILL HOLDINGS LLC, a Delaware limited liability company, SUPERJACKET PRODUCTIONS LLC, a Delaware limited liability company, PURPLE SHARK, LLC, a California limited liability company, PERFECT FEET PRODUCTIONS, LLC a Delaware limited liability company, CROWN MEDIA ENTERTAINMENT, a Delaware limited liability company, and CONDUIT POST, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as Administrative Agent, PGIM, Inc., a New Jersey corporation, as Lead Lender Representative, PGIM NON-US INVESTORS / US SENIOR DEBT I FUND, PGIM NON-US INVESTORS / US SENIOR DEBT I FUND A, PGIM SENIOR LOAN OPPORTUNITIES (LEVERED) I, L.P., PGIM SENIOR LOAN OPPORTUNITIES MANAGEMENT FUND I, L.P., PRUCO LIFE INSURANCE COMPANY, PSLO I US INVESTORS LEVERED DEBT SPV LLC, BAYERNINVEST KAPITALVERWALTUNGSGESELLSCHAFT MBH on behalf of fund BayernInvest SDF 2 Fonds, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, WINDHILL CLO 1, LTD., CION INVESTMENT CORPORATION, 34TH STREET FUNDING LLC, MGG US DIRECT LENDING FUND 2019 LP, MGG SF EVERGREEN LP, MGG SF DRAWDOWN UNLEVERED MASTER FUND III (CAYMAN) LP, MGG SF DRAWDOWN UNLEVERED OFFSHORE III SPV S.A.R.L., MGG SF EVERGREEN MASTER FUND (CAYMAN) LP, MGG SF EVERGREEN UNLEVERED MASTER FUND II (CAYMAN) LP,<br><br>Defendants. | Adv. Case No.: 25-01215-mkn |

**NOTICE OF DISMISSAL OF**
**ADVERSARY PROCEEDING WITH PREJUDICE**

On July 14, 2026, the Bankruptcy Court entered its *Order Granting Debtors' Motion Seeking Approval of the Global Settlement Pursuant to Bankruptcy Rule 9019* (Case No. 25-

GARMAN TURNER GORDON
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000

15714-mkn, ECF No. 624) (the "9019 Order"),[1] which ordered, *inter alia,* that "the Debtors[2] shall file a notice of dismissal with prejudice of the Adversary Proceeding as soon as is practicable, but in any event no later than two business days following the Plan Effective Date."

Pursuant to the 9019 Order and Fed. R. Civ. P. 41(a), made applicable to these proceedings by Fed. R. Bankr. P. 7041, Debtors hereby provide notice of dismissal of the above-captioned Adversary Proceeding with prejudice.

DATED this 10th day of August, 2026.

GARMAN TURNER GORDON LLP

By: */s/ Teresa M. Pilatowicz*
GREGORY E. GARMAN, ESQ.
WILLIAM M. NOALL, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Counsel for Debtors*

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the 9019 Order.

[2] "Debtors" means, collectively: Thrill Intermediate LLC, Thrill Holdings LLC, Superjacket Productions LLC, Purple Shark, LLC, Perfect Feet Productions, LLC, Crown Media Entertainment, LLC, Conduit Post, LLC



GARMAN TURNER GORDON
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000